JS-6 Entered

FILED
CLERK U.S.D.C. SOUTHERN DIVISION

OCT 31 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10·31·12

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO MIRANDA,<br><br>    Petitioner,<br><br>vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. CV 12-6539-GHK (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied this action is dismissed with prejudice.

DATED: 10/28/12

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 31 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

GEORGE H. KING
UNITED STATES DISTRICT JUDGE